UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT HAMNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONTRA COSTA SHERIFFS OFFICE MEDICAL STAFF,<br><br>　　　　Defendant. | Case No. 25-cv-04086-RFL (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 2 |

　　　　Plaintiff James Scott Hamner has failed to comply with the Clerk's Notice, sent to him on May 13, 2025, to perfect his application to proceed in forma pauperis (IFP) or submit payment for the full filing fee. The application lacks a Certificate of Funds signed by an authorized jail officer; the one submitted is blank. Accordingly, this federal suit is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

　　　　Because this dismissal is without prejudice, Hamner may move to reopen the suit. Any motion to reopen must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a complete IFP application or full payment for the $405.00 filing fee. A copy of the IFP application will be sent to him.

　　　　Hamner's application to proceed IFP is DENIED because it is incomplete. (Dkt. No. 2.)

　　　　The Clerk shall terminate Dkt. No. 2, enter judgment in favor of defendant, and close the file.

　　　　**IT IS SO ORDERED.**

**Dated:** July 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge