UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT HAMNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA SHERIFFS OFFICE MEDICAL STAFF,<br><br>    Defendant. | Case No. 25-cv-04086-RFL (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER GRANTING LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Dkt. Nos. 12 and 15 |

    This federal civil rights suit was dismissed because Plaintiff Hamner failed to perfect his application to proceed in forma pauperis (IFP) or submit payment for the full filing fee. (Dkt. No. 8.) Since dismissal, Hamner has perfected his IFP application and filed a motion to reopen. (Dkt. Nos. 11 and 12.) The motion to reopen is GRANTED. The suit is REOPENED, and the Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED. His motion to proceed IFP has been granted. (Dkt. No. 16.)

    Hamner's motion for leave to file an amended complaint is GRANTED. (Dkt. No. 15.) The amended complaint shall be filed on or before **January 5, 2026**. The amended complaint must include the caption and civil case number used in this order (25-04086 RFL (PR)) and the words FIRST AMENDED COMPLAINT must appear on the first page. The amended complaint must also appear on this Court's form, a copy of which was sent to Hamner. Because an amended complaint completely replaces the previous complaints, Hamner must include in his amended complaint all the claims he wishes to present and all of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Hamner may not incorporate

1

material from any prior complaint by reference.  If Hamner does not file an amended complaint on or before January 5, 2026 the suit will move forward based on the allegations in his original complaint.  A screening order under 28 U.S.C. § 1915A(a) will issue after the amended complaint has been filed or after that deadline has passed.

The Clerk shall terminate Dkt. Nos. 12 and 15.

**IT IS SO ORDERED.**

**Dated:**  November **5**, 2025

RITA F. LIN
United States District Judge