UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT HAMNER,<br>Plaintiff,<br>v.<br>CONTRA COSTA SHERIFFS OFFICE MEDICAL STAFF, et al.,<br>Defendants. | Case No. 25-cv-04086-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff James Scott Hamner has not filed an amended complaint as he was directed to do in a prior order dismissing the operative complaint with leave to amend. (Dkt. No. 25.) Accordingly, this federal suit is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Hamner may move to reopen the suit. Any motion to reopen must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint (on this Court's form) that complies with the instructions given in the order dismissing the operative complaint with leave to amend.

The Clerk shall enter judgment in favor of Defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 9, 2026

RITA F. LIN
United States District Judge